# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:13CR74** |
| vs. | |
| HOLIN T. LUCAS, | **ORDER** |
| Defendant. | |

Defendant Holin T. Lucas appeared before the court on July 9, 2018 on a Petition for Offender Under Supervision [61] and Amended Petition [63]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Gregory D. Artis, Jr.

Through his counsel, the defendant waived his right to a probable cause hearing on the Petitions pursuant to Fed. R. Crim. P. 32.1(b)(1). I find that the Petitions allege probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Kopf.

The government moved for detention. However, the defendant is in state custody. Therefore, the government's oral motion for detention shall be held in abeyance.

**IT IS FURTHER ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Kopf in Courtroom No. 1, Fourth Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on August 24, 2018 at 10:00 a.m. The defendant must be present in person.

2 The government's motion for detention pursuant to the Bail Reform Act is held in abeyance pending the defendant's coming into federal custody.

3. The U.S. Marshal is authorized to return the defendant to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

Dated this 10th day of July, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge