IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR74 |
| vs. | ORDER FOR PARTIAL DISMISSAL |
| HOLIN LUCAS, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 112) the 4th Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 110). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion is granted and the 4th Amended Petition for Offender Under Supervision only is dismissed.

2. The remaining Petitions are not dismissed and the previously scheduled Revocation Hearing is not canceled.

Dated this 7th day of June, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge